**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| PAUL AHMANN and TOMMI SUE AHMANN, husband and wife, | NO. |
| Plaintiffs, | NOTICE OF REMOVAL |
| vs. | **(CLERK'S ACTION REQUESTED)** |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an agency of the State of Washington; ROGER MILLAR, Secretary of Transportation, in his official capacity; and JAY INSLEE, Governor, in his official capacity, | |
| Defendants. | |

TO:      PAUL AHMANN AND TOMMI SUE AHMANN, Plaintiffs

AND TO:   ERIC HANSON, Attorney for Plaintiffs

AND TO:   CLERK OF THE ABOVE-ENTITLED COURT.

NOTICE OF REMOVAL          1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

PLEASE TAKE NOTICE that without waiving any procedural or substantive defenses, Defendants Washington State Department of Transportation, Roger Millar, and Governor Jay Inslee (Defendants), hereby remove Plaintiff Paul Ahmann and Tommi Sue Ahmann (Plaintiffs) lawsuit filed—but not served—on March 28, 2023, under Cause No. 23-2-00086-38 in Whitman County Superior Court in the State of Washington, to the U.S. District Court for the Eastern District of Washington (Spokane Division). Defendants provide the following short, plain statement of the grounds for removal:

1.      Plaintiffs filed this action in Whitman County Superior Court on March 28, 2023. Because this Court is the United States District Court for the district and division embracing the place where the state court action is pending, it is the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

2.      Plaintiffs served Defendants with the Complaint and Summons via the email service address of the Washington State Attorney General's Office on April 6, 2023. This Notice is therefore timely and appropriate because it is "filed within 30 days after the receipt by the defendant, through service or otherwise . . . or within 30 days after the service of summons upon the defendant." 28 U.S.C. § 1441(b)(1).

NOTICE OF REMOVAL                        2                        ATTORNEY GENERAL OF WASHINGTON
                                                                  Torts Division
                                                                  7141 Cleanwater Drive SW
                                                                  PO Box 40126
                                                                  Olympia, WA 98504-0126
                                                                  (360) 586-6300

3.      This is a civil action brought in state court of which this Court has original jurisdiction under 28 U.S.C. § 1331 because it arises under the federal laws of the United States, specifically Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, and 42 U.S.C. § 1983 *et seq. See* Complaint, ¶¶ 6.9 - 6.14 and 6.15 - 6.18. Removal is therefore appropriate under 28 U.S.C. § 1441(a).

4.      Removal of the entire case is also appropriate under 28 U.S.C. § 1441(c) because a separate and independent claim, which would be removable if sued upon alone, is joined with one or more otherwise non-removable claim. *Smith v. K-Mart Corp.*, 899 F. Supp. 503, 504-05 (1995). The Court has supplemental jurisdiction over any alleged state law claim pursuant to 28 U.S.C. § 1367, in that such claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution." 28 U.S.C. § 1367(a); *Smith*, 899 F. Supp. At 504-05. Because this court would have had jurisdiction over Plaintiffs claims had they been filed originally in this Court, the entire case is removable to this Court pursuant to 28 U.S.C. §§ 1441(a)-(c) and 1446(a)-(b).

5.      In compliance with 28 U.S.C. § 1446(a), Defendants have attached a true and complete copy of the docket and all process, pleadings, and orders filed

NOTICE OF REMOVAL                    3                    ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

or served upon Defendants in Whitman County Superior Court Cause No. 23-2-00086-38. *See* Exhibits 1 to 6.

DATED this 8th day of May, 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Heather L. Welch*
HEATHER L. WELCH, WSBA No. 37229
OID # 91023
Assistant Attorney General
7141 Cleanwater Drive SW
Heather.Welch@atg.wa.gov
Tumwater, WA 98501

NOTICE OF REMOVAL      4      ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Eric Hanson
> Bishop Law Office
> PO Box 337
> Garfield, WA 99130
> ehanson@palouse.net
>
> *Attorney for Plaintiff*

DATED this 8th day of May 2023, at Olympia, Washington.

*s/ Annya Ritchie*
ANNYA RITCIHE, Legal Assistant

NOTICE OF REMOVAL                   5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300