Kai A. Smith, WSBA #54749
Erica Coray, WSBA #61987
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
206-245-1700
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PAUL AHMANN,<br><br>Plaintiff,<br>v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an agency of the State of Washington,<br><br>Defendant. | No. 2:23-cv-00140-TOR<br><br>JOINT STATUS REPORT |

Pursuant to this Court's order of July 17, 2026, Defendant Washington State Department of Transportation (WSDOT) and Plaintiff Paul Ahmann submit this Joint Status Report.

The Ninth Circuit reversed this Court's grant of summary judgment to WSDOT on the issue of whether Ahmann provided adequate notice of a conflict between his religious beliefs and WSDOT's COVID-19 vaccination requirement and remanded the case for further proceedings.



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**A. Motion to Exclude.** WSDOT's motion to exclude the testimony of Ahmann's rebuttal expert, Dr. Ryan Cole, was fully briefed prior to the Court's original grant of summary judgment to WSDOT; the Court denied the motion as moot upon granting summary judgment. ECF No. 73-1. The Parties disagree on how the motion should proceed on remand.

WSDOT's position: The Court should first resolve the motion to exclude on the existing briefing (ECF Nos. 45, 46, 50, 51, 61). The motion was fully briefed before the appeal of the summary judgment order, and neither the passage of time nor subsequent authority warrants reopening the briefing.

Ahmann points to *Chiles v. Salazar*, 146 S. Ct. 1010, 224 L. Ed. 2d 446 (2026), but that case has no bearing on the admissibility of Dr. Cole's expert testimony. *Chiles* is a First Amendment case addressing a state law restricting the provision of certain forms of talk therapy by licensed counselors. It does not address expert admissibility, the reliability of expert opinions, or the relevance of professional discipline in evaluating an expert's qualifications or credibility. Nor does *Chiles* bear on the other independent grounds on which WSDOT moved to exclude Dr. Cole's testimony.

If the Court were to determine that supplemental briefing is appropriate, WSDOT requests that any supplementation be limited to intervening authority and matters arising after the original briefing and that WSDOT, as the moving party, be afforded the final supplemental brief.

Ahmann's position: Plaintiff does not agree the motion should be resolved on the existing briefing, and does not agree the motion should be resolved before



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

other proceedings in this case continue. The existing briefing is more than a year old and predates the U.S. Supreme Court's decision in *Chiles v. Salazar,* 146 S. Ct. 1010 (2026), which bears on the weight the Court should give the Washington Medical Commission's disciplinary order relied on in WSDOT's motion. Plaintiff intends to seek leave to file a renewed or supplemental response addressing that authority together with the arguments raised in WSDOT's reply. Plaintiff proposes the following schedule:

- Plaintiff's motion for leave and renewed response, not to exceed 10 pages, due 14 days after entry of the Court's order on this Joint Status Report;
- WSDOT's response, not to exceed 10 pages, due 14 days after Plaintiff's filing; and
- Plaintiff's reply, not to exceed 5 pages, due 5 days after WSDOT's response.

**B. Additional Discovery.** Ahmann seeks to reopen discovery to take additional depositions and to conduct document discovery related to records recently obtained through Public Records Act requests. WSDOT opposes reopening discovery because Ahmann has not established good cause to do so.

The Parties agree that the issue should be presented to the Court through a short briefing schedule and propose the following:

- Ahmann's motion, not to exceed 10 pages, due 14 days after entry of the Court's order;
- WSDOT's response, not to exceed 10 pages, due 14 days after



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Ahmann's motion; and

- Ahmann's reply, not to exceed 5 pages, due 5 days after WSDOT's response.

**C. Dispositive Motions.** Following resolution of the two issues identified above, the Parties will confer and propose an appropriate schedule for summary judgment briefing on the remaining issues.

**D. ADR.** The Parties believe ADR would be most productive after resolution of the motion to exclude and discovery disagreement identified above.

**E. Trial.** If the case is not resolved through dispositive motion practice or ADR, the Parties anticipate that approximately 7 trial days will be necessary and propose trial in Spokane in early June 2027.

DATED this 14th day of August, 2026.

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
Erica Coray, WSBA #61987
Special Assistant Attorneys General
*Attorneys for Defendant Washington State Department of Transportation*



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

BISHOP LAW OFFICE

*s/ Eric S. Hanson*
Eric S. Hanson, WSBA #47381

GARTH DANO, P.S.

*s/ Garth Dano*
Garth Dano, WSBA #11226

*Attorneys for Plaintiff Paul Ahmann*



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

DATED this 14th day of August, 2026.

*s/ Mendy Graves*
Legal Assistant



PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750